# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  CHRISTOPHER RODRIGUEZ   :   CHAPTER 13
:
**Debtor**                                :   NO. 20-11357

## ORDER

AND NOW, this _____ day of _____, 2020, upon consideration of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtor be granted an extension to **April 2, 2020** in which to file the Debtors' Schedules, Statement of Financial Affairs, Form 122C-1, and Chapter 13 Plan.

**Date: March 18, 2020**

_____
J.