## LAND COAST INSULATION, INC. — 094835

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 40.00 | 20.00 | 18.00<br>27.00 | 720.00 | 540.00 | | | 180.00 | PrDiem | 2-17-20 to<br>2-23-20 |

TOTAL PAY: 1260.00

### DEDUCTIONS THIS PERIOD

| FWH | 93.51 | MED | 18.27 | SOC | 78.12 | PASUI | .76 | PASWH | 38.68 |
| PPA-OC | 49.15 | | | | | | | | |

TOTAL DEDUCTIONS: 278.49

### EMPLOYEE INFORMATION / YEAR-TO-DATE TOTALS

CHRISTOPHER RODRIGUEZ    GROSS  4040.00   FICA  309.06   SDI  .00

NET PAY: 1161.51

---

## LAND COAST INSULATION, INC. — 094757

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 40.00 | 10.00 | 18.00<br>27.00 | 720.00 | 270.00 | | | 150.00 | PrDiem | 2-10-20 to<br>2-16-20 |

TOTAL PAY: 990.00

### DEDUCTIONS THIS PERIOD

| FWH | 61.11 | MED | 14.35 | SOC | 61.38 | PASUI | .59 | PASWH | 30.39 |
| PPA-OC | 38.61 | | | | | | | | |

TOTAL DEDUCTIONS: 206.43

### EMPLOYEE INFORMATION / YEAR-TO-DATE TOTALS

CHRISTOPHER RODRIGUEZ    GROSS  2780.00   FICA  212.67   SDI  .00
XXX-XX-2213    7160    FWH  250.39   SWH  85.34

NET PAY: 933.57

---

## LAND COAST INSULATION, INC. — 094682

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 40.00<br>80.00 | 10.00 | 18.00<br>27.00<br>10.00 | 720.00<br>800.00 | 270.00 | | | 150.00 | PrDiem | 2-03-20 to<br>2-09-20 |

TOTAL PAY: 1790.00

### DEDUCTIONS THIS PERIOD

| FWH | 189.28 | MED | 25.96 | SOC | 110.98 | PASUI | 1.07 | PASWH | 54.95 |
| PPA-OC | 69.82 | | | | | | | | |

TOTAL DEDUCTIONS: 452.06

### EMPLOYEE INFORMATION / YEAR-TO-DATE TOTALS

CHRISTOPHER RODRIGUEZ    GROSS  1790.00   FICA  136.94   SDI  .00
XXX-XX-2213    7160    FWH  189.28   SWH  54.95

NET PAY: 1487.94