LAND COAST INSULATION, INC.   094933

Case 20-11357-amc    Doc 25    Filed 05/21/20    Entered 05/21/20 13:16:23    Desc Main
Document    Page 1 of 4

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 40.00 | | 18.00 | 720.00 | | | | 150.00 | PrDiem | 2-24-20 to |
| | 10.00 | 27.00 | | 270.00 | | | | | 3-01-20 |

TOTAL PAY
990.00

### DEDUCTIONS THIS PERIOD

| FWH | 61.11 | MED | 14.36 | SOC | 61.38 | PASUI | .59 | PASWH | 30.39 |
| PPA-OC | 38.61 | | | | | | | | |

TOTAL DEDUCTIONS
206.44

NET PAY

### EMPLOYEE INFORMATION / YEAR-TO-DATE TOTALS

CHRISTOPHER RODRIGUEZ
xxx-xx-2213    7160

GROSS   5030.00   FICA   384.80   SDI   .00
FWH     405.01    SWH    154.41

933.56

LAND COAST INSULATION, INC.    094835

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION |
| 40.00 | 20.00 | 18.00 27.00 | 720.00 | 540.00 | | | 180.00 | PrDiem | 2-17-20 to 2-23-20 |

TOTAL PAY: 1260.00

**DEDUCTIONS THIS PERIOD**

| FWH | 93.51 | MED | 18.27 | SOC | 78.12 | PASUI | .76 | PASWH | 38.68 |
| PPA-OC | 49.15 | | | | | | | | |

TOTAL DEDUCTIONS: 278.49

**EMPLOYEE INFORMATION**

CHRISTOPHER RODRIGUEZ

**YEAR-TO-DATE TOTALS**

GROSS 4040.00  FICA 309.06  SDI .00

NET PAY: 1161.51

LAND COAST INSULATION, INC. 094757

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 40.00 | 10.00 | 18.00<br>27.00 | 720.00 | 270.00 | | | 150.00 | PrDiem | 2-10-20 to<br>2-16-20 |

**TOTAL PAY** 990.00

### DEDUCTIONS THIS PERIOD

| FWH | 61.11 | MED | 14.35 | SOC | | | .59 | PASWH | |
| PPA-OC | 38.61 | | | | | | | | |

**TOTAL DEDUCTIONS** 206.43

**NET PAY** 933.57

### EMPLOYEE INFORMATION

CHRISTOPHER RODRIGUEZ
xxx-xx-2213    7160

### YEAR-TO-DATE TOTALS

GROSS 2780.00  FICA 212.67  SDI .00
FWH 250.39  SWH 85.34

Case 20-11357-amc    Doc 25    Filed 05/21/20    Entered 05/21/20 13:16:23    Desc Main
Document    Page 3 of 4



LAND COAST INSULATION, INC.   094682

| HOURS | | RATE | EARNINGS | | BASIS | OTHER PAY | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | | RATE | AMOUNT | DESCRIPTION | |
| 40.00 | 10.00 | 18.00 27.00 10.00 | 720.00 800.00 | 270.00 | | | 150.00 | PrDiem | 2-03-20 to 2-09-20 |
| 80.00 | | | | | | | | | |

TOTAL PAY: 1790.00

DEDUCTIONS THIS PERIOD

| FWH | 189.28 | MED | 25.96 | SOC | 110.98 | PASUI | 1.07 | PASWH | 54.95 |
| PPA-OC | 69.82 | | | | | | | | |

TOTAL DEDUCTIONS: 452.06

EMPLOYEE INFORMATION

CHRISTOPHER RODRIGUEZ

YEAR-TO-DATE TOTALS

GROSS 1790.00   FICA 136.94   SDI .00
FWH 189.28   SWH 54.95

NET PAY: 1487.94