# LAND COAST INSULATION, INC.

**095057**

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 38.00 | | 18.00 | 684.00 | | | | 114.00 | PrDiem | 3-02-20 to 3-08-20 |

**DEDUCTIONS THIS PERIOD**

| FWH | 24.84 | MED | | | | |
|---|---|---|---|---|---|---|
| PPA-OC | 26.68 | | | | | |
| | | SOC | 9.91 | | | |
| | | FICA | 42.41 | PASUI | .41 | PASWH | 21.00 |

| TOTAL PAY | TOTAL DEDUCTIONS |
|---|---|
| 684.00 | 125.25 |

**EMPLOYEE INFORMATION**

CHRISTOPHER RODRIGUEZ

**YEAR-TO-DATE TOTALS**

| GROSS | 5714.00 | FICA | 437.12 | SDI | 175.41 |
|---|---|---|---|---|---|
| | 629.85 | | .00 | | |

**NET PAY** 672.75