

## LAND COAST INSULATION, INC.      096290

| HOURS | | RATE | | EARNINGS | | BASIS | RATE | OTHER PAY | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | REGULAR | OVERTIME | REGULAR | OVERTIME | | | AMOUNT | DESCRIPTION | |
| 40.00 | 10.00 | 18.00 | 27.00 | 720.00 | 270.00 | | | 150.00 | PrDiem | 5-04-20 to 5-10-20 |

### DEDUCTIONS THIS PERIOD

| FWH | 61.11 | MED | 14.36 | SOC | 61.38 | PASUI | .59 | PASWH | 30.39 |
|---|---|---|---|---|---|---|---|---|---|
| PPA-OC | 38.61 | | | | | | | | |

TOTAL PAY: 990.00
TOTAL DEDUCTIONS: 206.44

### EMPLOYEE INFORMATION

CHRISTOPHER RODRIGUEZ

### YEAR-TO-DATE TOTALS

| GROSS | 14511.50 | FICA | 1110.13 | SDI | .00 |
|---|---|---|---|---|---|

NET PAY: 933.56