# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 20-11357-AMC

CHRISTOPHER RODRIGUEZ

8113 CRISPIN STREET

PHILADELPHIA, PA 19136-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

CHRISTOPHER RODRIGUEZ

8113 CRISPIN STREET

PHILADELPHIA, PA 19136-

Counsel for debtor(s), by electronic notice only.

PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020

        /S/ William C. Miller

Date: 6/1/2020         _____

        William C. Miller, Esquire
        Chapter 13 Standing Trustee