**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---------------------------------------------------------x
In re:                                          :
                                                :    Chapter 13
CHRISTOPHER RODRIGUEZ,         :
                                                :    Bankruptcy No. 20-11357 (AMC)
                        Debtor.            :
---------------------------------------------------------x

**PRAECIPE TO WITHDRAW OBJECTION**
**TO CONFIRMATION OF THE PLAN**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan (Docket No. 36) filed by the City of Philadelphia on September 1, 2020.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: January 12, 2021        By:    */s/ Joshua Domer*
                                                    JOSHUA DOMER
                                                    Assistant City Solicitor
                                                    PA Attorney I.D. 319190
                                                    Attorney for the City of Philadelphia
                                                            and/or
                                                    Water Revenue Bureau
                                                    City of Philadelphia Law Department
                                                    Municipal Services Building
                                                    1401 JFK Boulevard, 5th Floor
                                                    Philadelphia, PA 19102-1595
                                                    215-686-0519 (phone)
                                                    Email: Joshua.Domer@phila.gov