United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-11357-amc

Christopher Rodriguez     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Jan 28, 2021     Form ID: 167     Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher Rodriguez, 8113 Crispin Street, Philadelphia, PA 19136-2613 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE, c/o REBECCA ANN SOLARZ, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14477202 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Attn: Bankruptcy, 21210 Erwin St, Woodland Hills, CA 91367 |
| 14482561 | + | U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: megan.harper@phila.gov | Jan 29 2021 01:49:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| 14517125 | | Email/Text: megan.harper@phila.gov | Jan 29 2021 01:49:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14477204 | | Email/Text: megan.harper@phila.gov | Jan 29 2021 01:49:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 14477206 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 29 2021 01:48:00 | Credit Acceptance, Po Box 513, Southfield, MI 48037-0513 |
| 14477205 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 29 2021 01:48:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 14477208 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 29 2021 01:49:00 | Credit Collections Services, Po Box 607, Norwood, MA 02062-0607 |
| 14477207 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 29 2021 01:49:00 | Credit Collections Services, Attention: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 14479688 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2021 02:56:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14477209 | + | Email/Text: blegal@phfa.org | Jan 29 2021 01:49:00 | Pa Housing Finance Age, Po Box 8029, Harrisburg, PA 17105-8029 |
| 14477210 | + | Email/Text: blegal@phfa.org | Jan 29 2021 01:49:00 | Pa Housing Finance Age, 211 N Front St, Harrisburg, PA 17101-1406 |
| 14477211 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 29 2021 01:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14493267 | | Email/Text: bnc-quantum@quantum3group.com | | |

Case 20-11357-amc   Doc 61   Filed 01/30/21   Entered 01/31/21 00:44:26   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 28, 2021 | Form ID: 167 | Total Noticed: 20 |

| | | | |
|---|---|---|---|
| | | Jan 29 2021 01:48:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14534318 | + Email/Text: megan.harper@phila.gov | | |
| | | Jan 29 2021 01:49:00 | The City of Philadelphia, c/o Joshua Domer, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14503522 | + Email/Text: blegal@phfa.org | | |
| | | Jan 29 2021 01:49:00 | U.S. Bank National Association, et al, c/o Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14477213 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Jan 29 2021 01:48:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 14477212 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Jan 29 2021 01:48:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14477203 | *P++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262, address filed with court:, Caine & Weiner, Po Box 5010, Woodland Hills, CA 91365 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 30, 2021         Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSHUA DOMER | on behalf of Creditor CITY OF PHILADELPHIA joshua.domer@phila.gov karena.blaylock@phila.gov |
| LEON P. HALLER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| PAUL H. YOUNG | on behalf of Debtor Christopher Rodriguez support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 28, 2021 | Form ID: 167 | Total Noticed: 20 |

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Christopher Rodriguez
    Debtor(s)

Case No: 20−11357−amc

Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

***RESCHEDULING NOTICE***
Amended Motion to Dismiss Case for Failure to Make Plan Payments , Motion to Dismiss Case. There has been unreasonable delay by debtor(s) that is prejudicial to creditors pursuant to 11 U.S.C. Section 1307(c)(1). Filed by WILLIAM C. MILLER, Esq. Represented by WILLIAM C. MILLER, Esq. (Counsel).

on: 3/30/21

at: 10:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date: 1/28/21

For The Court

Timothy B. McGrath
Clerk of Court

57 − 39
Form 167